MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
NICHOLAS HAMILTON, ESQ.
Nevada Bar No. 10893
Wolfenzon Rolle Edwards
6725 Via Austi Parkway, Suite 260
Las Vegas, Nevada 89119
(702)836-3138
medwards@wolfenzon.com
nhamilton@wolfenzon.com

*Attorneys for Defendant, Winnebago Industries, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY NEWBY, an Individual, CONLEY NEWBY, an Individual,<br><br>           Plaintiffs,<br>vs.<br><br>WINNEBAGO INDUSTRIES, INC., a Nevada Foreign Corporation, DOES I-X; and ROE BUSINESS ENTITIES I-X.<br><br>           Defendant. | CASE NO.: 2:15-cv-02482-RFB-PAL<br><br>**PROPOSED ORDER** |

Defendant, Winnebago Industries, Inc. ("Defendant"), by and through its counsel of record, Michael M. Edwards, Esq. and Nicholas Hamilton, Esq., of Wolfenzon Rolle Edwards filed Unopposed Motion for Enlargement of Time to Respond to The Plaintiff's Response [19] To Motion for Summary Judgment, filed by Plaintiffs Conley Newby, Judy Newby [17] Made Pursuant to LR 6-1 on December 20, 2016. [20].

For good cause shown, the Defendant's motion for extension of time [20] is hereby granted. Defendant shall file its responsive pleading on or before January 6, 2017.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _December 29, 2016_