Ronald L. Burdge, Esq., Pro Hac
BURDGE LAW OFFICE
8250 Washington Village Drive
Dayton, Ohio 45458
Telephone: (937) 432-9500
Facsimile: (937) 432-9503
Email: Ron@burdgelaw.com

Scott A. Knight, Esq.
Nevada Bar No. 9083
KNIGHT LAW OFFICE
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052
Telephone: (702) 462-6083
Facsimile: (702) 462-6084
Email: scott@KnightLawNV.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY NEWBY, an Individual, CONLEY NEWBY, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WINNEBAGO INDUSTRIES, INC., a Nevada Foreign Corporation, <br><br> Defendant. | Case No. 2:15-cv-02482-RFB-PAL <br><br> JUDGE RICHARD F. BOULWARE <br> MAGISTRATE JUDGE PEGGY A. LEEN <br><br> **JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Plaintiffs, JUDY NEWBY and CONLEY NEWBY, by and through their attorneys of record, and Defendant, WINNEBAGO INDUSTRIES, INC., by and through its attorneys of record, hereby stipulate and agree that all claims, counterclaims, affirmative defenses and the like, whether known or unknown, arising out of the facts and claims raised in and relating to the above entitled action shall be dismissed in their entirety WITH PREJUDICE as to all parties in this matter, with each party to bear his/her/its own cost and fees, including attorney fees.

{03317614 / 1}  1

The parties further stipulate that all matters pending before the Court shall be vacated.

DATED this 28th day of February, 2019.

BURDGE LAW OFFICE

*/s/ Ronald Burdge*
_____
RONALD L. BURDGE, ESQ., Pro Hac
8250 Washington Village Drive
Dayton, OH 45458
Telephone: (937) 432-9500
Facsimile: (937) 432-9503
*Attorneys for Plaintiffs*

DATED this 28th day of February, 2019.

KNIGHT LAW OFFICE

*/s/ Scott Knight*
_____
SCOTT A. KNIGHT, ESQ.
Nevada Bar No. 9083
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, NV 89052
Telephone: (702) 462-6083
Facsimile: (702) 462-6084
*Attorneys for Plaintiffs*

DATED this 28th day of February, 2019.

MESSNER REEVES LLP

*/s/ Michael Edwards*
_____
MICHAEL M. EDWARDS, ESQ
Nevada Bar No. 6281
NICHOLAS L. HAMILTON, ESQ.
Nevada Bar No. 10893
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
*Attorneys for Defendant, Winnebago Industries, Inc.*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: February 28, 2019

{03317614 / 1}　　　　　　2